UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-00214-BO

| | |
|---|---|
| CAPITOL COMMISSION, INC., | CASE NO. 2:12-MC-00093-GEB-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESET HEARING DATE** |
| CAPITOL MINISTRIES, | |
| Defendant. | |
| CAPITOL MINISTRIES, | |
| Third-Party Plaintiff, | |
| v. | |
| JOHN E. ANDERSON, JR., GEORGE H. JACKSON, JAMES E. YOUNG, and DANIEL FILE, | |
| Third-Party Defendants. | |

Plaintiff Capitol Commission, Inc., Defendant Capitol Ministries, and Third-Party Witness David Duran jointly submit the following points:

1.   The parties jointly stipulate that the date of the hearing regarding Capitol Ministries' Motion to Compel Documents against David Duran, be reset from December 12, 2012,

1

to January 9, 2013 at 10:00 a.m., at the Robert T. Matsui U.S. Courthouse, 501 I Street, Courtroom 26 – 8th Floor, Sacramento, California before the Honorable Carolyn K. Delaney.  This rescheduling of the hearing is necessary because the parties are actively involved in discovery in the related case, Case No. 5:11-CV-00214-BO, in the Eastern District of North Carolina, and will be conducting depositions in that matter on December 12, 2012.  Depositions for the related case are also scheduled throughout much of the end of December.  The parties therefore jointly agree to this extension, which request is not made for the purpose of causing undue delay.

      2.      The parties jointly and respectfully request that the Court allow counsel in North Carolina (who represents Capitol Ministries, Inc. and Capitol Commission, Inc.) to participate in the hearing telephonically.  This request is made in light of the fact that this motion arises out of discovery conducted as part of that litigation and in the interest of cost-effectiveness and efficiency.

      3.      The parties to this motion (Capitol Ministries, Inc. and non-party David Duran), agree to meet and confer and file a Joint Statement pursuant to Local Rule 251 no later than January 2, 2013.

     Respectfully submitted, this 5th day of December, 2012.

///

///

**SWEENEY & GREENE LLP**
**Attorneys for Capitol Ministries**

*/s/ Stephen J. Greene, Jr.*
Stephen J. Greene, Jr.
CA State Bar No. 178098
9245 Laguna Springs Drive, Suite 350
Elk Grove, CA 95758
Telephone: (916) 753-1300
Facsimile: (916) 753-1333
Email: sjg@sweeney-greene.com

**REED & BROWN, LLP**
**Attorneys for David Duran**

*/s/ Stephen W. Reed*
Stephen W. Reed
California State Bar No. 45,803
35 North Lake Avenue, Suite 960
Pasadena, California 91101
Telephone: (626) 449-4521
Facsimile:   (626) 449-7453
Email:  swreed@reedbrownlaw.com

**POYNER SPRUILL LLP**
**Attorneys for Capitol Ministries**

*/s/ Eric P. Stevens*
Eric P. Stevens
NC State Bar No. 17609
Andrew H. Erteschik
NC State Bar No. 35269
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: (919) 783-6400
Facsimile:   (919) 783-1075
Email: estevens@poynerspruill.com
           aerteschik@poynerspruill.com

**COATS & BENNETT, PLLC**
**Attorneys for Capitol Commission, Inc.**

*/s/ Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24,117
Emily M. Haas
NC State Bar No. 39,716
1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone: (919) 854-1844
Facsimile:   (919) 854-2084
Email:  abiller@coatsandbennett.com
           ehaas@coatsandbennett.com

IT IS SO ORDERED.

Dated: December 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE