IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAPITOL COMMISSION INC.,

      Plaintiff,                                  No. 2:12-mc-00093 GEB CKD

      vs.

CAPITOL MINISTRIES,                           <u>ORDER</u>

      Defendant.

_____/

        In light of the modification of the scheduling order in the underlying action pending in the Eastern District of North Carolina, defendant has renewed its motion to compel production of documents withheld on the basis of privilege and has noticed the hearing for February 20, 2013. The motion to compel addresses documents withheld from production by subpoenaed non-party David Duran. The joint stipulation asserts 91 documents are at issue. The privilege log submitted in connection with the motion, however, itemizes only 81 documents. Moreover, it appears that a page from the privilege log is missing in that document numbers 46-62 are missing from the privilege log.

        Accordingly, IT IS HEREBY ORDERED that:

        1. No later than February 1, 2013, defendant shall clarify the number of documents at issue on the motion.

1

2.  No later than February 5, 2013, non-party David Duran shall submit the documents at issue to the chambers of the undersigned for <u>in camera</u> review.

Dated: January 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
capitolcomm.icr